# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNERY WORKERS, PROCESSORS AND HELPERS LOCAL 601, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>  Plaintiff,<br><br>  v.<br><br>DIAMOND OF CALIFORNIA,<br><br>  Defendant. | 1:06-cv-0746 OWW LJO<br><br>SCHEDULING CONFERENCE ORDER<br><br>Further Scheduling Conference: 10/27/06 8:45 Ctrm. 3 |

I.   Date of Scheduling Conference.

   October 19, 2006.

II.   Appearances Of Counsel.

   Sylvia Courtney, Esq., appeared on behalf of Plaintiffs.

   The Coleman Law Firm by William E. Hester, III, Esq., appeared on behalf of Defendant.

III.   Further Scheduling Conference.

   1.   The parties have not prepared their Joint Scheduling Conference Report, accordingly, this matter is continued to October 27, 2006, at the hour of 8:45 a.m., Pacific Standard Time, for a scheduling conference.

   2.   The parties shall file their Joint Scheduling Report in

1

1  accordance with Federal Rule of Civil Procedure 26 and the Local
2  Rules of this Court on or before October 24, 2006.
3
4  Dated: October 24, 2006        /s/ OLIVER W. WANGER
5                                 United States District Judge