1  KENNETH C. ABSALOM, ESQ., SBN 114607
   Nevin & Absalom
2  22 Battery Street, Suite 333
   San Francisco, California 94111
3  Telephone: (415) 392-5040
   Facsimile: (415) 392-3729
4
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNERY WORKERS, PROCESSORS WAREHOUSEMEN AND HELPERS, TEAMSTERS LOCAL 601, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DIAMOND OF CALIFORNIA,<br><br>    Defendants. | NO.  1:06-CV-00746-OWW-LJO<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT [FRCP §41(a.)(1)(ii)] |

This Stipulation is entered into by and between Plaintiff, CANNERY WORKERS, PROCESSORS, WAREHOUSEMEN & HELPERS , TEAMSTERS LOCAL 601 and Defendant DIAMOND OF CALIFORNIA, through their undersigned counsel.  The parties having entered into a settlement whereby they have agreed that all grievances which are the subject of this action shall be referred to final and binding arbitration in accordance with the terms of the collective bargaining agreement between the parties, they hereby stipulate, pursuant to Rule 41(a)1)(ii) of the Federal Rules

//
//

---

STIPULATION FOR DISMISSAL OF COMPLAINT
[FRCP 41(a)(1)(ii)]
Case No. 1:06 CV-00746-OWW-LJO

of Civil Procedure, that the matter be dismissed with prejudice.

Dated:       November     , 2007           LAW OFFICES OF NEVIN & ABSALOM

By:_____
KENNETH C. ABSALOM
Attorney for Plaintiff

Dated:       November     , 2007           THE KULLMAN FIRM

By:_____
WILLIAM E. HESTER III
Attorney for Defendant

PURSUANT TO STIPULATION
IT IS SO ORDERED.

**Dated:    November 19, 2007**           /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE